

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| EL PASO COUNTY COMMUNITY COLLEGE DISTRICT, | § | No. 08-13-00258-CV |
|  |  | Appeal from the |
| Appellant, | § | 243rd District Court |
| v. | § | of El Paso County, Texas |
| ROSA GONZALEZ, | § | (TC# 2008-3813) |
| State. | § |  |

## **O R D E R**

The Court GRANTS the Appellant's motion for extension of time to file the brief until **July 13, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Edward W. Dunbar, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before July 13, 2014.

IT IS SO ORDERED this 18th day of June, 2014.

PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.